ARROYO v. SCOTTIE'S PROFESSIONAL WINDOW CLEANING

No. 403PA95

Case below: 120 N.C.App. 154

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1995.

BAIRD v. DELTA AIR LINES

No. 352P95

Case below: 119 N.C.App. 604

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

BARNETT v. KARPINOS

No. 393P95

Case below: 119 N.C.App. 719

Petition by defendant (Ralph Karpinos) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995. Petition by defendants (Arnold Gold, Thomas Snipes, Ben Wiseman, Marsha Gale and the Town of Chapel Hill) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995. Petition by defendant (Melissa G. McCall) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

BOWLIN v. DUKE UNIVERSITY

No. 333P95

Case below: 119 N.C.App. 178

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

BRANCH BANKING AND TRUST CO. v. STAPLES

No. 421P95

Case below: 120 N.C.App. 227

Petition by defendants (Matthew Carr and Joy Carr) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.